EUGENE JELLE, Respondent, v. ETFRIED REALTY CORPORATION, Appellant.—

982

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.